DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JESSICA T. COHEN
*Assistant Corporation Counsel*
jecohen@law.nyc.gov
(212) 788-1895
(212) 788-9776 (fax)

February 14, 2008

**BY FAX**
The Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

              Re: <u>Kendall v. City of New York, et al.</u>,
                  07 CV 10296 (HB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above referenced matter. By letter dated January 9, 2008, this office requested an enlargement of time, until February 14, 2008, to answer or otherwise respond to plaintiff's complaint on behalf of defendants City of New York and Raymond Kelly. Also by letter dated January 9, 2008, without appearing on their behalf, this office also requested a similar enlargement of time to respond on behalf of Salvatore Tudisco, and Sarah Mathers, in part, to allow time for this office to resolve representation issues with these defendants. Your Honor subsequently granted those requests. Accordingly, an answer was served and filed today on behalf of defendants City of New York and Raymond Kelly. However, due to scheduling conflicts, this office has not yet been able to resolve representation issues with Tudisco and Mathers. Accordingly, without appearing on their behalf, I respectfully request an additional enlargement of time from the present date until February 27, 2008, to answer or otherwise respond to plaintiff's complaint on behalf of defendants Salvatore Tudisco and Sarah Mathers. Plaintiff's counsel, Andrew Stoll, Esq., consents to this request.

Thank you for your consideration of this request.

                              Respectfully submitted,

                              Jessica T. Cohen (JC 0044)
                              Assistant Corporation Counsel

cc:    Andrew Stoll, Esq. (by fax)

*[Handwritten note:]* I will grant the application — your ans or mail date is 2/27/08 but suppose you decide not to represent them? Letter — keep me posted come 2/28 as to what happened — you may want to call my Clerk.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
2/22/08

- 2 -

Endorsement:

    I will grant the application - your answer or move date is 2/27/08 but suppose you decide not to represent them? Better keep me posted come 2/28 as to what happened - you may write or call my clerk.