


U.S. DISTRICT JUDGE
S.D.N.Y.

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JESSICA T. COHEN
*Assistant Corporation Counsel*
jccohen@law.nyc.gov
(212) 788-1895
(212) 788-9776 (fax)

March 12, 2008

**BY HAND DELIVERY**
The Honorable Harold Baer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:  Kendall v. City of New York, et al.,
               07 CV 10296 (HB)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced action. I write regarding the production of the defendant officers' disciplinary histories.

      As Your Honor is aware, on February 28, 2008, the parties appeared for an initial conference before Your Honor. At that time, Your Honor set forth a discovery schedule and the parties discussed potential discovery disputes. One such potential dispute raised by plaintiff's counsel focused on the production of the defendant officers' disciplinary histories. In response, Your Honor requested that the undersigned provide the Court with the number of "unsubstantiated complaints" against Officers Mathers and Tudisco. Accordingly, upon information and belief, Officer Salvatore Tudisco has been the subject of four CCRB complaints, including the complaint relating to the instant matter. Not one of these complaints was substantiated. Additionally, upon information and belief, Officer Sarah Mathers has been the subject of two CCRB complaints, including the one at issue in the instant matter. Again, neither of these complaints were substantiated. Accordingly, defendants respectfully renew their position that discovery into defendants Mathers and Tudisco's disciplinary histories should be limited to substantiated allegations of a similar nature to those alleged in the complaint within the last 10 years.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ JC

Jessica T. Cohen (JC 0044)
Assistant Corporation Counsel

cc: Andrew Stoll, Esq. (by first-class mail))

3/15

My direction at the 2/28 PTC was that discovery of D's disciplinary histories might be relaxed if they were not substantiated by CCRB. Since they were not further discovery on this issue will be permitted.

SO ORDERED
Harold Baer
USDJ

- 2 -

Endorsement: 3/15 My direction at the 2/28 PTC was that discovery of defendant's disciplinary histories might be allowed if there were any substantiated CCRB. Since there were none no further discovery on this score will be permitted. So ordered.