UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Patrick Kendall,
Plaintiff,

-v-

The City of New York, Commissioner Raymond Kelly, P.O. Salvatore Tudisco, and P.O. Sarah Mathers, Defendants.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 10296 (HB)(DE)

Douglas Eaton

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Issues raised by plaintiff's counsel's 6/30/08 letter and defendant's counsel's 7/1/08 letter.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: through August 4, 2008

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

☐ All such motions:_____

The trial month of December 2008 may not be changed, and I require 60 days prior to trial to decide any dispositive motion.

*Do not check if already referred for general pretrial.

Dated 7/2/08

SO ORDERED: [signature]

United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-2-08